**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: David Orlando Collins
     Debtor

Case No.: 07–38246

Chapter: 13

**ENTERED**
**02/14/2008**

### ORDER CONFIRMING CHAPTER 13 PLAN

    Came on for confirmation hearing the Debtor's Plan, and if filed, the Chapter 13 Plan Summary (hereinafter collectively referred to as "the Plan"), and the Chapter 13 Trustee having represented that all parties in interest were served a true and correct copy of the Chapter 13 Plan or the Chapter 13 Plan Summary and a Notice of Confirmation Hearing and no party in interest having filed an objection to confirmation or all filed objections having been withdrawn, satisfied, or overruled, and the Trustee having recommended that the Plan be confirmed, it is:

    ORDERED that Debtor's Chapter 13 Plan filed 12/2/07 is confirmed;

    FURTHER ORDERED that Debtor shall make all payments pursuant to the Plan;

    FURTHER ORDERED that Debtor shall comply with all terms and conditions of the Plan;

    FURTHER ORDERED that the Chapter 13 Trustee shall make distributions only pursuant to and as specified in the Plan, unless further ordered after notice and hearing by this Court. Trustee's Distributions to Debtor's Attorney shall be pursuant to the Plan, upon entry and in the unpaid amount of an order(s) allowing fees, not to exceed the amount provided in the Plan;

    FURTHER ORDERED that if a proof of claim is filed or an administrative claim is allowed different from any specified distribution in the Plan and distribution would not adversely affect any party in interest, then upon written request to the Chapter 13 Trustee by Debtor or Debtor's attorney, the Trustee may disburse funds on such proof of claim or administrative claim without further notice and hearing or order of this Court;

    FURTHER ORDERED that Debtor shall not incur any debts post−confirmation without either prior written consent from the Chapter 13 Trustee or an Order of this Court;

    FURTHER ORDERED that Debtor shall inform the Chapter 13 Trustee of any inheritance, change in income or any other event, which materially changes the financial position of Debtor;

    FURTHER ORDERED that all property of Debtor's Estate shall re−vest in Debtor on the date specified in the Plan. If no date is specified, all property of Debtor's Estate shall re−vest in Debtor upon Debtor receiving a discharge under 11 U.S.C. Sec. 1328 or this case being dismissed;

    FURTHER ORDERED that in the event this case is converted or dismissed after confirmation, the Chapter 13 Trustee shall disburse all undistributed plan payments received prior to conversion or dismissal to the creditors pursuant to the Plan;

    FURTHER ORDERED that all directives to the Debtor(s) contained herein constitute Orders of the Court within the meaning of U.S.C. Sec. 109(g)(1).

Signed and Entered on Docket: 2/14/08

_____
MARVIN ISGUR
United States Bankruptcy Judge