

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/08/2009

| IN RE: | § | Case No. 07-38246 |
|---|---|---|
| DAVID ORLANDO COLLINS, | § | Chapter 13 |
| Debtor(s). | § | Judge Isgur |

### ORDER ON LENDER'S APPLICATION FOR FEES

For the reasons set forth in the Court's separate memorandum opinion, Wells Fargo Bank, N.A. is awarded $0.00 on its fee application.

SIGNED **June 8, 2009.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE