IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 07-38246-H1 |
| DAVID ORLANDO COLLINS | § | |
| | § | **Chapter 13** |
| Debtor | § | |

**ORDER APPROVING CONSOLIDATED MOTIONS
FOR REHEARING AND TO ALTER OR AMEND THE COURT'S ORDER
AND OPINION DISPOSING OF MOVANT'S APPLICATIONS
FOR APPROVALOF FEES UNDER FIXED FEE AGREEMENT**

On this date came on to be considered the *Consolidated Motions of Wells Fargo Bank, N.A., for Rehearing and to Alter or Amend the Court's Order and Opinion Disposing of Movant's Applications for Approval of Fees Under Fixed Fee Agreement* (Docket Nos. 40 and 41), and it appearing to the Court that such motion should be granted, it is therefore

ORDERED that the Order Denying Application (Docket No. 41) and Memorandum Opinion (Docket No. 42) be and they are hereby vacated. It is further

ORDERED that the fees sought pursuant to the proofs of claim and applications filed by Wells Fargo are hereby GRANTED.

Signed this _____ day of _____, 2009.

_____
Marvin Isgur
United States Bankruptcy Judge

H:/SteveT/Fee Applications/Wells Fargo/