IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: DAVID ORLANDO COLLINS<br><br>DEBTOR(S) | § § § § § § | CASE NO: 07-38246-H1-4<br><br><br>CHAPTER 13 |

**CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND ELIGIBILITY FOR DISCHARGE UNDER THE BANKRUPTCY ABUSE PREVENTION AND CONSUMER PROTECTION ACT OF 2005**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**THE CHAPTER 13 TRUSTEE DAVID G. PEAKE**, represents that each of the debtor (s) have attended a meeting of creditors, submitted to an examination under oath and have made all payments to the Chapter 13 Trustee as required by the Order Confirming the Chapter 13 Plan.

Pursuant to 11 U.S.C. **§**1328 (a), the debtor (s) is eligible for a discharge if the debtor (s) has met all the conditions stated therein.

The Trustee's Final Report and Account will be submitted when all payments to creditors on behalf of the debtor (s) have cleared the account and the accounting is completed.  The Trustee requests the case remain open pending the filing of the Trustee's Final Report and Account.

Date: 1/18/2013                                                               Respectfully Submitted,


/s/  David G. Peake
David G. Peake, Trustee
Admissions I.D. #3857
9660 Hillcroft, Ste 430
Houston, TX  77096
713-283-5400

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: DAVID ORLANDO COLLINS | § § § § § | CASE NO: 07-38246-H1-4 |
| DEBTOR(S) | | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND ELIGIBILITY FOR DISCHARGE by regular United States mail, postage prepaid to the debtor (s), the debtors attorney and the United States Trustee on January 18, 2013.


DAVID ORLANDO COLLINS
8603 CHESTNUT FOREST
HOUSTON, TX 77088


GUZMAN LAW FIRM
ELOISE A GUZMAN
8225 GULF FREEWAY
HOUSTON, TX 77017