Case No:  07-38246-H1-13

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

Houston Division

In re: **DAVID ORLANDO COLLINS**    Case No: 07-38246-H1-13

Chapter: 13

Property Address: 8603 CHESTNUT FOREST, HOUSTON, TX 77088

Last four digits of any number you use to
Identify the Debtor's account:    7843

Court Claim No. (if known)   13

### STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002.1
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 01/07/2013 and filed as Docket No. **97**

### Pre-Petition Amounts Outstanding

Applicable option is checked

☒ Agrees that Debtors have paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtors have paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: $

### Post-Petition Amounts Outstanding

Applicable option is checked

☒ Agrees that Debtors are current with respect to all payments consistent with § 1322(B)(5) of the Bankruptcy Code.

☐ Disagrees that Debtors are current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: $

The outstanding amounts identified on the attached Statements may not, due to timing, reflect all payments sent to Creditor as of the date stated therein. In addition, the amounts due may include payments reflected on the Notice of Final Cure Payment but which have not yet been received and/or processed by Creditor.

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and

Case No: 07-38246-H1-13

# UNITED STATES BANKRUPTCY COURT

telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐   I am the Creditor          ☐   I am the Creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X /s/ MITCHELL BUCHMAN                              X   01/29/2013
    Signature                                          Date (MM/DD/YYYY)

| | | | | |
|---|---|---|---|---|
| First Name: | **MITCHELL** | Middle Name: | Last Name: | **BUCHMAN** |
| Title: | **Attorney** | | | |
| Company | **BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP** | | | |
| Address | **15000 SURVEYOR BLVD SUITE 100** | | | |
| City | **ADDISON** | State: **TX** | Zip: | **75001** |
| Phone | **(713) 621-8673** | | | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013, a true and correct copy of the Statement in Response to Notice of Final Cure Payment was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ MITCHELL BUCHMAN            01/29/2013
MITCHELL BUCHMAN
TX NO. 03290750
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail:  SDECF@BDFGROUP.COM
ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
DAVID ORLANDO COLLINS
8603 CHESTNUT FOREST
HOUSTON, TX 77088

**DEBTOR'S ATTORNEY:**
ELOISE A. GUZMAN
8225 GULF FREEWAY
HOUSTON, TX  77017

**TRUSTEE:**
DAVID G. PEAKE
9660 HILLCROFT, SUITE 430
HOUSTON, TX  77096

**UNITED STATES TRUSTEE:**
515 RUSK AVENUE, SUITE 3516
HOUSTON, TX  77002